# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Doe, et al.

**v.**

Bondi, et al.

**Case No:** 25-5099

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Pamela Bondi, in her official capacity as Attorn⊞

William Lothrop, in his official capacity as Actin⊞

### Counsel Information

Lead Counsel:  McKaye L. Neumeister

Direct Phone:  ( 202 )  514-8100   Fax: ( ___ ) ___-____   Email: McKaye.L.Neumeister@usdoj.gov

2nd Counsel:  Gerard Sinzdak

Direct Phone:  ( 202 )  514-0718   Fax: ( ___ ) ___-____   Email: Gerard.J.Sinzdak@usdoj.gov

3rd Counsel:

Direct Phone:  ( ___ ) _____  Fax: ( ___ ) ___-____   Email:

Firm Name:  U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Avenue, NW, Washington, DC 20530

Firm Phone:  ( 202 )  305-1754   Fax: ( ___ ) ___-____   Email: civilappellate.ecf@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.