# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Doe

v.

Bondi

**Case No:** 25-5099

## TRANSCRIPT STATUS REPORT

○ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

⦿ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
|      |                    |                    |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|------|--------------------|--------------------|
| 02-04-2025 | Motion Hearing | Lisa Edwards |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing FINAL TRANSCRIPT STATUS REPORT.

                                            */s/ McKaye L. Neumeister*
                                            McKaye L. Neumeister
                                            Counsel for Defendants-Appellants