[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JANE DOE, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> PAMELA BONDI, in her official capacity as Attorney General of the United States; and WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons, <br><br> Defendants-Appellants. | No. 25-5099 |

## STATEMENT OF ISSUES

Pursuant to this Court's order dated April 2, 2025, Defendants-Appellants hereby respectfully submit this Statement of Issues. The issue presented on appeal is:

Whether the district court abused its discretion in granting preliminary injunctions blocking the transfer of trans-identifying male inmates to male facilities, on the ground that any such transfer violates the Eighth Amendment.

                    Respectfully submitted,

                    GERARD SINZDAK
                     /s/ *McKaye L. Neumeister*
                    McKAYE L. NEUMEISTER
                       Attorneys, Appellate Staff
                       Civil Division
                       U.S. Department of Justice
                       950 Pennsylvania Ave., N.W.
                       Room 7231
                       Washington, D.C. 20530
                       (202) 514-8100

APRIL 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing STATEMENT OF ISSUES.

                                          */s/ McKaye L. Neumeister*
                                          McKaye L. Neumeister
                                          Counsel for Defendants-Appellants