# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5099
2. DATE DOCKETED: 04-02-2025
3. CASE NAME (lead parties only) Doe v. Bondi
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ⦿ Yes ○ No
   If YES, cite statute 28 U.S.C. § 1657(a)
6. CASE INFORMATION:
   a. District Court Docket No.     Bankruptcy Court Docket No.     Tax Court Docket No.
      Civil Action 1:25-cv-00286    Bankruptcy                      Tax
      Criminal                      Adversary
      Miscellaneous                 Ancillary
   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Royce C. Lamberth                    Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 2/18, 2/24, 3/18/    e. Date notice of appeal filed:
   f. Has any other notice of appeal been filed in this case? ○ Yes ⦿ No  If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ⦿ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ⦿ Yes ○ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes ○ No If YES, give each case's court and case name, and docket number:
      Jones v. Bondi, No. 25-5101 (D.C. Cir.); Moe v. Trump, No. 25-5108 (D.C. Cir.); Kingdom v. Trump, No. 1:25-cv-691 (DDC)
   k. Does this case turn on validity or correct interpretation or application of a statute?  ○ Yes ⦿ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ⦿ No  If so, provide program name and participation dates

Signature /s/ McKaye L. Neumeister    Date 04-11-2025
Name of Party Pamela Bondi, in her official capacity; William Lothrop in his official capac⊞
Name of Counsel for Appellant/Petitioner McKaye L. Neumeister
Address 950 Pennsylvania Avenue, NW, Washington, DC 20530
Phone ( 202 ) 514-8100    Fax (   ) -

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I caused to be filed with the Court and served on opposing counsel through the CM/ECF system the foregoing CIVIL DOCKETING STATEMENT.

      */s/ McKaye L. Neumeister*
      McKaye L. Neumeister
      Counsel for Defendants-Appellants