# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5099**                                                    **September Term, 2024**

1:25-cv-00286-RCL
1:25-cv-00401-RCL
1:25-cv-00653-RCL

**Filed On:** April 30, 2025

Jane Doe, et al.,

    Appellees

    v.

Pamela Bondi, in her official capacity as
Attorney General of the United States and
William Lothrop, in his official capacity as
Acting Director of the Federal Bureau of
Prisons,

    Appellants

**No. 25-5101**

1:25-cv-00401-RCL

Jane Jones, et al.,

    Appellees

    v.

Pamela Bondi, in her official capacity as
Attorney General of the United States and
William Lothrop, in his official capacity as Acting
Director of the Federal Bureau of Prisons,

    Appellants

# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-5099**　　　　　　　　　　　　　　　　　　　　**September Term, 2024**

**No. 25-5108**

　　　　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00653-RCL

Maria Moe,

　　　　Appellee

　　v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

　　　　Appellants

## O R D E R

Upon consideration of the unopposed motion to consolidate and the unopposed motion for expedited briefing and oral argument, it is

**ORDERED** that the motion to consolidate be granted and the above-captioned cases be consolidated. It is

**FURTHER ORDERED** that the following briefing schedule will apply in these consolidated cases:

| | |
|---|---|
| Appellants' Brief | May 9, 2025 |
| Appendix | May 9, 2025 |
| Appellees' Joint Brief | June 30, 2025 |
| Appellants' Reply Brief | July 21, 2025 |

The Clerk is directed to calendar the consolidated cases for oral argument on the first appropriate date following the completion of briefing. The parties will be informed

Page 2

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5099**                                 **September Term, 2024**

later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 43-44 (2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. <u>See</u> Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. <u>See</u> D.C. Cir. Rule 28(a)(8).

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Selena R. Gancasz
Deputy Clerk