# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JANE DOE, et al.,<br>    Plaintiffs-Appellees,<br><br>v.<br><br>PAMELA BONDI,<br>in her official capacity as Attorney General of the United States et al.,<br>    Defendants-Appellants. | No. 25-5099 |
| JANE JONES, et al.,<br>    Plaintiffs-Appellees,<br><br>v.<br><br>PAMELA BONDI,<br>in her official capacity as Attorney General of the United States et al.,<br>    Defendants-Appellants. | No. 25-5101 |
| MARIA MOE,<br>    Plaintiff-Appellee,<br><br>v.<br><br>DONALD J. TRUMP,<br>in his official capacity as President of the United States et al.,<br>    Defendants-Appellants. | No. 25-5108 |

**NOTICE OF INTENT TO FILE *AMICUS* BRIEF**

The State of Idaho, on behalf of itself and the States of Indiana, Alabama, Alaska, Arkansas, Florida, Georgia, Iowa, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Texas, Utah, Virginia, West Virginia, Wyoming, and the Arizona Legislature, intends to file an *amicus* brief in support of the Appellants in the above-captioned appeal and hereby provides notice of that intent pursuant to Circuit Rule 29(b).

Dated: May 16, 2025

Respectfully submitted,

RAÚL R. LABRADOR
ATTORNEY GENERAL OF IDAHO

ALAN M. HURST
Solicitor General

/s/ *Michael A. Zarian*
MICHAEL A. ZARIAN
Deputy Solicitor General

Office of Idaho Attorney General
700 W. Jefferson St.
Suite 210
Boise, ID 83720
Tel: (208) 334-2400
Email: michael.zarian@ag.idaho.gov

## CERTIFICATE OF SERVICE

I certify that on May 16, 2025, I caused this document to be electronically filed with the Clerk of Court using this Court's CM/ECF system, which will send a notice of docketing activity to all parties who are registered through CM/ECF.

/s/ *Michael A. Zarian*
MICHAEL A. ZARIAN
Deputy Solicitor General

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 71 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). As required by Fed. R. App. P. 27(d)(1)(E), it also complies with the typeface requirements of Fed. R. App. P. 32(a)(6) because it was prepared using Word for Microsoft 365 in 14-point Garamond, a proportionally spaced typeface.

/s/ *Michael A. Zarian*
MICHAEL A. ZARIAN
Deputy Solicitor General