# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5099**  **September Term, 2024**

1:25-cv-00286-RCL
1:25-cv-00401-RCL
1:25-cv-00653-RCL

**Filed On:** June 12, 2025

Jane Doe, et al.,

    Appellees

  v.

Pamela Bondi, in her official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

    Appellants

------------------------------

Consolidated with 25-5101, 25-5108

**No. 25-5210**

1:25-cv-00401-RCL

Jane Jones, et al.,

    Appellees

  v.

Pamela Bondi, in her official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

    Appellants

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5099**  September Term, 2024

**No. 25-5213**

1:25-cv-00286-RCL

Jane Doe, et al.,

    Appellees

    v.

Pamela Bondi, in her official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

    Appellants

**No. 25-5215**

1:25-cv-00653-RCL

Maria Moe,

    Appellee

    v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

    Appellants

# O R D E R

Upon consideration of appellants' unopposed motion to consolidate, it is

**ORDERED** that the motion to consolidate be granted and the above captioned cases be consolidated.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:     /s/
    Michael C. McGrail
    Deputy Clerk