

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7529
Washington, DC 20530

Gerard Sinzdak
gerard.j.sinzdak@usdoj.gov

Tel: (202) 514-0718

June 12, 2025

Mr. Clifton Cislak
Clerk of the Court
U.S. Court of Appeals for the
 District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue N.W.
Washington, DC 20001

    Re:    *Doe v. Bondi*, Nos. 25-5099, 25-5213; *Jones v. Bondi*, Nos. 25-5101, 25-5210; *Moe v. Trump*, Nos. 25-5108

Dear Mr. Cislak:

    I write to inform the Court that I am withdrawing my appearance as counsel in the above-captioned cases because I am leaving the Department of Justice as of June 13. The government will continue to be represented by the remaining counsel who have appeared.

                          Respectfully submitted,

                          */s/ Gerard Sinzdak*
                          Gerard Sinzdak

cc:    Counsel of record (via CM/ECF)