# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

JANE DOE, et al.; JANE JONES, et al.; MARIA MOE,

*Plaintiffs-Appellees,*

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States, et al.;
DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Defendants-Appellants.*

---

Appeal from the United States District Court for the District of Columbia,
Nos. 1:25-cv-00286-RCL, 1:25-cv-00401-RCL, 1:25-cv-00653-RCL
Hon. Royce C. Lamberth

---

## JOINT APPENDIX – VOLUME III
## PUBLIC APPENDIX – SEALED MATERIAL IN SEPARATE SUPPLEMENT

---

**ROSEN BIEN GALVAN & GRUNFELD LLP**
Ernest Galvan
Kara J. Janssen
Adrienne Spiegel
Ben Hattem
101 Mission Street, Sixth Floor
San Francisco, CA 94105-1738
Telephone:    (415) 433-6830

**LOWENSTEIN SANDLER LLP**
Alexander Shalom
Natalie J. Kraner
1251 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 262.6700

**NATIONAL CENTER FOR LESBIAN RIGHTS**
Shannon Minter
Amy Whelan
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone:    (415) 365-1338

**GLBTQ LEGAL ADVOCATES & DEFENDERS**
Jennifer L. Levi
Sarah Austin
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone:    (617) 426-1350

**BROWN GOLDSTEIN & LEVY, LLP**
Eve L. Hill
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
Telephone:    (410) 962-1030

*Attorneys for Plaintiffs-Appellees*

# TABLE OF CONTENTS

## VOLUME III – PUBLIC APPENDIX

***Doe v. Bondi*, No. 1:25-cv-286 (D.D.C.)**

Exhibits to Unopposed Motion for Renewed Preliminary Injunction (May 12, 2025)

Declaration of Zoe Doe, Dkt. 81-2 [REDACTED]..........................................JA914

Declaration of Olivia Doe, Dkt. 81-3 [REDACTED] ...................................JA919

Declaration of Susan Doe, Dkt.81-4 [REDACTED] ....................................JA924

Declaration of Sally Doe, Dkt. 81-5 [REDACTED]......................................JA928

Declaration of Emily Doe, Dkt. 81-6 [REDACTED] ....................................JA933

Declaration of Lois Doe, Dkt. 81-7 [REDACTED]........................................JA937

Declaration of Mary Doe, Dkt. 81-8 [REDACTED] .....................................JA941

Declaration of Wendy Doe, Dkt. 81-9 [REDACTED] ...................................JA946

Declaration of Sara Doe, Dkt. 81-10 [REDACTED]......................................JA950

Order Granting Renewed Preliminary Injunction, Dkt. 83 (May 15, 2025) ..............JA954

***Jones v. Bondi*, No. 1:25-cv-401 (D.D.C.)**

Order Granting Renewed Preliminary Injunction, Dkt. 69 (May 22, 2025) ..............JA957

***Moe v. Trump*, No. 1:25-cv-653 (D.D.C)**

Order Granting Renewed Preliminary Injunction, Dkt. 84 (May 22, 2025) ..............JA960

## VOLUME IV – SUPPLEMENT UNDER SEAL

***Doe v. Bondi*, No. 1:25-cv-286 (D.D.C.)**

Exhibits to Unopposed Motion for Renewed Preliminary Injunction (May 12, 2025)

Declaration of Zoe Doe, Dkt. 81-2 ................................................................JA963

Declaration of Olivia Doe, Dkt. 81-3 ..........................................................JA968

Declaration of Susan Doe, Dkt.81-4 ............................................................JA973

Declaration of Sally Doe, Dkt. 81-5.............................................................JA977

# TABLE OF CONTENTS (CONTINUED)

**Page**

Declaration of Emily Doe, Dkt. 81-6 ...............................................................JA982

Declaration of Lois Doe, Dkt. 81-7..................................................................JA986

Declaration of Mary Doe, Dkt. 81-8 ................................................................JA990

Declaration of Wendy Doe, Dkt. 81-9 ..............................................................JA995

Declaration of Sara Doe, Dkt. 81-10................................................................JA999

# Exhibit A

**Material Under Seal Deleted**

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as<br>Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No.: **1:25-cv-00286-RCL** |

**DECLARATION OF ZOE DOE**

I, Zoe Doe, declare:

1.      I am currently incarcerated in the Bureau of Prisons.  I am submitting this declaration in support of my request for relief.  I am using the pseudonym Zoe Doe to protect myself.  I am over the age of 18 and fully competent to make this declaration.

2.      I am a transgender woman.  I was born male, but ever since I was little I felt and knew that I was a girl.  I fought it for a long time and tried to live as a man, but I could not do it.

3.      I was first diagnosed with gender identity disorder by a psychiatrist in 1996.  I have been diagnosed with gender dysphoria multiple times since then by BOP medical staff.

4.      I came into BOP custody in ███.  It was very scary, and staff initially told me to not tell anyone that I am a transgender woman because I would not be safe.  I sought hormone medications for my gender dysphoria from the very beginning.  I filed administrative remedies and repeatedly asked medical staff.  At the time, I felt like if I was not able to take hormones, I might end up killing myself.

5.      After fighting for medical care for over a decade, BOP finally put me on hormones in ███.  That was a very important milestone for me, but I still needed additional

**JA915**

**Material Under Seal Deleted**

treatment to feel complete.  Once I was on hormones, I started to grow breasts, had emotional

changes, and my features became more feminine.  Around 2013, I was transferred to ███

███████, a different men's facility, where I experienced significant harassment by the male

prisoners.  My breasts had started to develop from hormones, which attracted attention.  I was

repeatedly stalked by another prisoner when I would go to the showers.  I had to request a

transfer for my safety, and they sent me back to ████████.  I continued to be harassed by male

prisoners there.

6.     I was finally transferred to a female facility, ████████, in 2016.  I have been

here ever since.  ██████ has been much safer for me.  I no longer have to live in fear of sexual

assault.

7.     Throughout my time in BOP, I have had to request treatments to alleviate my

dysphoria and be able to live my life as female.  I requested psychotherapy, ████████████

████████████████████.  I needed these things because while hormones were

lifesaving care for me, I still experience gender dysphoria.

8.     I was finally able to receive ████████████.  I had a ████████████

████████████.  I finally felt complete and validated as a woman.  My fears of being sent

back to live as a woman in a men's prison went away because at the time, I thought BOP would

never do that after having surgery.

9.     But on January 24, 2025, guards told me I was being transferred to a men's prison

and that the paperwork had already been processed.  They took me out of my housing unit and

put me in separate housing with other transgender women.  They told us we were being

segregated because of the President's Executive Order.  They said we would be transferred

within a week.  Up until that time, staff told me that I would not be transferred to a men's prison

**Material Under Seal Deleted**

because of my surgery.  When I heard I was being transferred, I was devastated.  I felt terrorized and felt huge anxiety and panic.  I was afraid for my life and bodily sanctity.  It was my worst nightmare come to life.  A few days later, around January 28, 2025, I was allowed to go back to the general population, but guards told me I was still being transferred to a men's prison.  I did not end up being transferred at that time because, as I understand it, a court order prevented my transfer.

10.     Later on in February, though, the same thing happened again.  Staff told me I was going to be transferred because the court order did not cover me.  Again, I was devastated.  I've been having recurring nightmares of being sent to a men's prison, and it feels like the sword of Damocles hanging over me.

11.     I also know the Executive Order requires BOP to cut off hormone therapy and other medical treatments for transgender people.  I am required to dilate three times per week for the rest of my life because of my ⬛⬛⬛⬛  If I were not allowed to dilate, I would develop stenosis which could become life-threatening.  The symptoms of not taking hormones could also become life-threatening: osteoporosis, menopause, being hypogonadal.  I have been taking hormones for over a decade and no longer produce them myself.  BOP provided me with this life-saving care and now they are trying to undo it.

/ / /

/ / /

/ / /

/ / /

/ / /

**Material Under Seal Deleted**

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct to the best of my knowledge, and that this declaration

3    is executed at ███████████        this _12th_ day of _May, 2025_        .

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

# Exhibit B

**Material Under Seal Deleted**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE**, *et al.*, | |
| Plaintiffs, | |
| v. | Case No.: **1:25-cv-00286-RCL** |
| **PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*, | |
| Defendants. | |

**DECLARATION OF OLIVIA DOE**

I, Olivia Doe, declare:

1.      I am currently incarcerated in the Bureau of Prisons.  I am submitting this declaration in support of my request for relief.  I am using the pseudonym Olivia Doe to protect myself.  I am over the age of 18 and fully competent to make this declaration.

2.      I am a transgender woman, and have known this ever since I was a little girl. When I was four or five years old I told my mom that how I felt on the inside didn't match how I looked on the outside.  I grew up in a rural community where it was practically unheard of to be transgender.  Luckily, my family was supportive.  I have had a female gender identity from as early as I can remember.  In ▮▮▮ when I was sixteen years old, I was diagnosed with gender identity disorder and began receiving hormone treatment.

3.      I entered the BOP in ▮▮▮ and was placed at ▮▮▮▮▮▮, a male facility.  In ▮▮▮▮▮, I met with two psychologists and went through an extensive psychological evaluation and was again diagnosed with gender dysphoria.  Although I had been deprived of hormone medication for a significant period of time after entering BOP custody, I was put back on hormone medication after being diagnosed while incarcerated.

**JA920**

**Material Under Seal Deleted**

4.    When I was housed at ███████████, I was brutally raped.  It happened on ████████████.  The rape was extremely traumatic, and I remember feeling like I was being ripped open.  I continue to suffer medical complications, including rectal bleeding, as a result.  Since I never know when the bleeding will start, I have to wear a pad at all times.  I also experienced worsening mental health symptoms.  I reported the rape by filing a PREA report at ████████████.  After filing the report, I was placed in the SHU for seven months before I was transferred to ███████████, another men's facility.  I felt like the BOP was supposed to keep me safe and they failed to do that.

5.    I had been fighting to be transferred to a female facility through the Transgender Executive Council since I was diagnosed with gender dysphoria by BOP in ████████████  I jumped through every hoop and hurdle but continued receiving denials.  After one of the denials, I became extremely depressed, and I attempted suicide by slitting my wrists.  Being housed with men exacerbated my depression and despair.

6.    Around ████████████████████████████████ transfer to a women's facility and seeking essential medical care to treat my gender dysphoria.  I was transferred to the women's facility at ████████████████████.

7.    I felt extreme relief to be at a female facility.  I was accepted by other women, and felt like they saw me as one of them.  While incarcerated, I've never felt safer or more comfortable than I have here.  I can finally be myself and not be looked at as a joke or a freak.  I don't want to be treated differently than everyone around me.  Here, I'm treated as just another woman who is trying to do her time and go home.  I have been programming consistently since arriving at ████████, and I have had two jobs—as the law library clerk and then as the administrator's clerk.  If I were transferred to a men's facility, I know that I would again feel

**Material Under Seal Deleted**

despair, anxiety, and depression.

8.      Around January 24, 2025, I, and a number of the other transgender women at

███████ were called to Health Services.  Staff told us that because of the President's Executive

Order, we were being placed in special housing pending transfer to a male facility.  When I heard

that, I blacked out and fainted.  The other transgender women were placed in the SHU, and I was

placed on suicide watch, where I stayed for six days.  I had an intense physical reaction to

hearing about my transfer to a male facility.  My blood pressure dropped and staff had to

administer fluids to me.  At that time, I remember feeling like I would rather die surrounded by

people who supported and loved me, than return to a male facility.  I was, and still am, terrified

of returning to a male environment.

9.      Around January 31, 2025, I was returned to general population housing.  I was

told that everything had been put on hold, and that my medical care will continue for now.

10.     I continue to experience mental health symptoms as a result of the Executive

Order.  I feel like I have not been the same since I was on suicide watch.  My mental health care

level was raised from Level 2 to Level 3 after that happened, but I believe I have been moved

back down to a Level 2 now that more time has passed and I am feeling more stable.  I receive

weekly appointments with a psychologist, which sometimes occur more frequently.  The

uncertainty around my placement and safety is taking an immense toll on my wellbeing.

11.     I currently receive ████████████████████████████████████

███████ injection every two weeks.  I have been on all three of these medications since ███.  I

know the Executive Order may require the BOP to end my hormone medication, which terrifies

me.  Being taken off hormone medication would be devastating.  My outside finally mostly

matches how I feel on the inside.  It's difficult to put into words, but taking my medication away

would take an immense toll on me physically and mentally.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge I spoke with counsel on May 12, 2025 and due to time constraints that prevented me from signing by mail and my current inability to receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed on this 12 day of May, 2025.

_/s/ Kara J. Janssen_
Olivia Doe c/o Kara J. Janssen

# Exhibit C

**Material Under Seal Deleted**

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**JANE DOE**, *et al.*,

    Plaintiffs,

v.

**PAMELA BONDI**, in her official capacity as
Attorney General of the United States, *et al.*,

    Defendants.

Case No.: **1:25-cv-00286-RCL**

### DECLARATION OF SUSAN DOE

I, Susan Doe, declare:

1.  I am currently incarcerated in the Bureau of Prisons.  I am submitting this declaration in support of my request for relief.  I am using the pseudonym Susan Doe to protect myself.  I am over the age of 18 and fully competent to make this declaration.

2.  I am a transgender woman.  I was born male, but ever since I was little I knew I was not a boy.  Growing up in the Deep South in the ▮▮▮▮ was not easy, as homophobia was prevalent in my community, much more so than today.  I suffered physical abuse from my father, and sexual abuse from my cousin, step-brother, and a family friend.  I tried not to feel like a woman as hard as I could because I knew other people would not accept me, but it never worked.

3.  I first entered BOP custody in the ▮▮▮▮ and was placed in a men's prison.  While at a men's prison, I was harassed and assaulted several times because I'm a transgender woman.  I had to defend myself or rely on other people to defend me.

4.  I sought counseling and medical help from Psych Services, and I eventually received a diagnosis of gender dysphoria in ▮▮▮▮ from BOP medical staff.  That same year, I started receiving hormone medications.  I received Premarin, an estrogen pill.  I was released

**Material Under Seal Deleted**

from BOP custody in █████ and continued taking hormone medications outside of prison.

5.      I returned to BOP custody in ██████████ and was placed at ██████████ in the men's facility.  ██████████ was very difficult for me because of the intense prison politics there.  Based on the unspoken social rules, everyone was split into social groups depending on class, race, and other factors.  Transgender women and sex offenders were grouped together, and as a result, I experienced intense bullying from other incarcerated people.  One man punched me because I was transgender; he gave me a black eye.  I did not report that incident to staff.  But then, another man threatened to rape me.  I reported the threatened rape to a staff member because I was afraid to be near that person and I needed protection.  After I reported it, staff had me sign a form stating that that man could not be housed near me again.

6.      My Unit Team at ██████████ had been trying to help me get to a facility where I could be safe and could be housed with other women.  They went to the Transgender Executive Council, which stated that I first needed to be at a low security institution for one year before I could transfer to a women's facility.  So, around ████, I was transferred to ██████████ ██████████.  That transfer was part of my preparation to go to a women's facility.

7.      Around ██████████, I was finally transferred to ██████████ at the women's facility.  I felt and feel so much more relaxed being at a women's facility.  It is a relief to feel physically safe and to finally be around other women.

8.      Since I have been housed at ██████████ I have been programming and taking classes that are available to me.  I've received my GED here, and I'm currently on the wait list for "Serve Safe," a class about trauma, and other classes.

9.      On or around January 24, 2025, guards took me out of my cell.  They initially

**Material Under Seal Deleted**

took me to medical, and then to segregated housing with the other transgender women. They told me we were being segregated because of the President's Executive Order, and that we would all be transferred to a men's facility. I and others were shocked. I witnessed another transgender woman, who I know was brutally violated at a men's facility, become suicidal because of the news. We were housed in SHU for three days before being placed back in general population around January 28, 2025. A few weeks later, in late February, they called me and the other transgender women back to Psych Services, and again told us that we would be transferred because of the Executive Order.

10.     I also know the Executive Order requires the BOP to cut off hormone medication and other medical treatments for transgender people. I currently take ████████████ ████████ every day, and I receive an ██████ injection every two weeks. I am afraid of the possibility of my medication ending. I finally have the estrogen that my body needs and that is helping to control my gender dysphoria. If that was taken away, I would experience serious harm and my gender dysphoria would again become debilitating. I am afraid that without the right medication, I will not be able to function.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge. I spoke with counsel on May 8, 2025 and due to time constraints that prevented me from signing by mail and my current inability to receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed on this 12 day of May, 2025.

/s/ Kara J. Janssen
Susan Doe c/o Kara J. Janssen

# Exhibit D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as<br>Attorney General of the United States, *et al.*,<br><br>　　　　　　Defendants. | Case No.: **1:25-cv-00286-RCL** |

**DECLARATION OF SALLY DOE**

I, Sally Doe, declare:

1.　　　　I am currently incarcerated in the Bureau of Prisons.  I am submitting this declaration in support of my request for relief.  I am using the pseudonym Sally Doe to protect myself.  I am over the age of 18 and fully competent to make this declaration.

2.　　　　I am a transgender woman.  I was born male, but ever since I was little, I knew I was a girl.  I've felt a lot of anxiety over the years because I was expected to be a male.  When I hit puberty, I became very self-conscious and my body did not feel right.

3.　　　　I tried very hard when I was younger to live as a man.  I married a woman; I had kids.  My dad was old school, so I felt pressure to do what society expected of me.  I hated myself and I hated my life.  I was anxious and stressed and short-tempered.

4.　　　　In 2019, I got divorced and lost everything.  It was then that I decided to restart my life as my true self.   As soon as I started being my true self, the anxiety, stress, and PTSD all started to subside.  I became happier person, a positive person instead of a negative person.

5.　　　　I sought counseling and medical help before I was in prison because I was suffering from symptoms of gender dysphoria.  I started taking hormone medication to treat

**JA929**

**Material Under Seal Deleted**

those symptoms, and I began to wear women's clothing and present as a woman.

6.    BOP originally placed me in a men's prison.  Because I am a transgender woman,
I was threatened by other inmates.  These male inmates threatened that if I didn't grab my stuff
and go to the SHU, they would beat me up.  I asked in public, "Does anyone have an issue with
me being here?"  Half of the men in the unit shouted, "Yes."  Three months later I was
transferred to a different male facility, ███████.  When I got to ███████, a BOP doctor
diagnosed me with gender dysphoria.  When I was at ███████, I contacted the Transgender
Executive Council to be transferred.

7.    The TEC approved my transfer to a female facility.  I arrived at ███████
███████.  ███████ has been much safer for me.  I have people that I can socialize
with.  I work as a GED tutor and am doing way better emotionally as a result.

8.    On January 24, 2025, guards took me out of my cell and put me in separate
housing with other transgender women.  They told me I was being segregated because of the
President's Executive Order.  The guards told me I was being transferred to a men's prison, and
the paperwork was already processed.  They said the transfer would happen by Thursday,
January 30, 2025.

9.    On January 28, 2025, I was allowed to go back to general population, but guards
told me I was still being transferred to a men's prison.

10.    I still have trauma from that.  Every time I'm on the callout list or guards do a full
recall, I start shaking and my mind gets flustered because I think they're going to transfer me to a
male facility.  Just thinking about it I want to cry.

11.    I also know the Executive Order requires the BOP to cut off medical treatments
for transgender people.

**Material Under Seal Deleted**

12.     I have been taking hormone medications for ■ years.  I know for a fact that if I were taken off hormones, it would harm my mental state.  It would completely start to cause a bunch of issues in my body.  I have almost completely gotten rid of testosterone in my body.  My life is much better on hormones.  I can think more clearly, my anxiety is lower.  It would feel like a complete and total breakdown to have testosterone in my system rising again.  It would break me.  Taking away my hormones could also cause blood clots and other medical issues.  And being in a men's facility would deny who I am as a transgender woman, and would cause my gender dysphoria to recur and worsen.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Material Under Seal Deleted**

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct to the best of my knowledge, and that this declaration

3    is executed at ███████████ this 12th day of ___May, 2025___ .

**JA932**

[4201615.1]

# Exhibit E

**Material Under Seal Deleted**

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOE**, *et al.*, | |
| Plaintiffs, | |
| v. | Case No.: **1:25-cv-00286-RCL** |
| **PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*, | |
| Defendants. | |

## DECLARATION OF EMILY DOE

I, Emily Doe, declare:

1.      I am currently incarcerated in the Bureau of Prisons.  I am submitting this declaration in support of my request for relief.  I am using the pseudonym Emily Doe to protect myself.  I am over the age of 18 and fully competent to make this declaration.

2.      I am a transgender woman.  I was born male, but I've always felt like a girl, played with other girls, braided my hair, and painted my nails.

3.      BOP originally placed me in a men's prison.  When I was first in BOP custody, I put on a rough and gruff exterior to protect myself from being attacked or killed.  During that time, I became suicidal and was on medications to try to control my anxiety and depression.  My anxiety was through the roof because I was presenting in such a masculine way and could not live as a transgender woman.

4.      When I was housed in a men's prison in ▮▮▮▮, I was raped by a male inmate.  On a weekly basis, sometimes multiple times per week, male inmates would say things like, "hey do you wanna do something tonight," which were scary propositions for sex.  I could not trust the men at all.  My coping mechanism was to stay away from everyone.

**JA934**

**Material Under Seal Deleted**

5.      After a period of time seeing mental health staff, BOP staff diagnosed me with gender dysphoria.  I started taking hormone medications in about ███████████.  Ever since I started hormone medication, I haven't needed other drugs for anxiety or depression.  I've been happy and felt like myself.

6.      After trying for almost four years to get to a female facility, the Transgender Executive Council finally approved my transfer.  I did all the interviews they wanted me to do and psychological assessments so I could get here.

7.      I can't begin to express the elation I felt when I first got to a women's facility.  It felt like, this is where I'm meant to be.  These women accept me as a woman.  I've been programming so much at ███████████ because I finally feel comfortable enough to do it.

8.      On January 24, 2025, guards took me out of my cell and put me in separate housing with other transgender women.  They told me I was being segregated because of the President's Executive Order.

9.      The guards told me I was being transferred to a men's prison, and the paperwork was already processed.  They said the transfer would happen by Thursday, January 30.

10.      On January 28, I was allowed to go back to general population, but guards told me I was still being transferred to a men's prison.

11.      I also know the Executive Order requires the BOP to cut off medical treatments for transgender people.

12.      If I had to go back to living as a male I would probably kill myself.  There is no way.  I really could not do it.  I tried.  It did not work.  I was miserable.  I can't live in that misery again.  I can't do it.

**Material Under Seal Deleted**

1    I declare under penalty of perjury under the laws of the United States of America

2   that the foregoing is true and correct to the best of my knowledge, and that this declaration

3   is executed at ▮▮▮▮▮▮▮▮▮▮▮▮▮ this _12th_ day of _May, 2025_ .

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

**JA936**

[4201615.1]

# Exhibit F

**Material Under Seal Deleted**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE**, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI**, in her official capacity as<br>Attorney General of the United States, *et al.*,<br><br>                    Defendants. | Case No.: **1:25-cv-00286-RCL** |

**DECLARATION OF LOIS DOE**

I, Lois Doe, declare:

1.      I am currently incarcerated in the Bureau of Prisons.  I am submitting this declaration in support of my request for relief.  I am using the pseudonym Lois Doe to protect myself.  I am over the age of 18 and fully competent to make this declaration.

2.      I am a transgender woman.  When I was young, I never liked anything that other people associated with being a boy; I loved art and coloring books even though people told me I should not like those things.  For a long time, I tried to live as a man.  I did the things I thought a man was supposed to do.  I got married and had kids.  But it never felt right, and I was not happy.

3.      When I was in my ███████████ , I started to sometimes wear makeup and women's clothes.  After a time, it was apparent that I could not live as a man because I knew that I am a woman.  I lost a lot of people in my life as a result.

4.      I decided to move to ███████████ where I thought I would have support to change my name, start taking hormone medications, and living as a woman.   I was prescribed estrogen pills and testosterone blockers.

**Material Under Seal Deleted**

5.      I eventually moved back to ████████ where I continued to take hormone medications and live as a woman.  I felt a lot freer being able to be myself.  People were very accepting at the time.

6.      I first entered BOP around ████.  I was placed in a men's prison in ████████ ███.  Because I am a woman, I was cat-called all the time.  It was scary, especially because when I had been in a men's state facility before, I had been raped twice.  When I was at ████████, the BOP diagnosed me with gender dysphoria and I started receiving hormone medication again.  Since then, I have received ████████████████.  In ███, I was transferred from ████████ to another men's facility in ████████.

7.      I was able to transfer to the women's facility at ████████ through the Transgender Executive Council.  I completed the programming the TEC required and was transferred to ████ in or around ████████.

8.      Being at ████████ has been much safer for me.  People have gotten to know me here, and they accept me.   I'm learning about healthy relationships and communication.  I'm in psychiatry groups twice per month and they are helpful.  I'm learning about certain habits and things I was doing that I can change.  I'm changing my way of thinking.

9.      On January 24, 2025, guards took me out of my cell and put me in separate housing with other transgender women.  They said, "We don't want to alarm you, but according to the Executive Order, we have no choice but to take you off the compound and put you in SHU."  They told me I could pick where I wanted to be transferred, but that I was going to be transferred to a men's prison soon.

10.     On or around January 27, 2025, I was allowed to go back to my housing unit.

11.     I fear going back to a men's prison.  I am a woman and have the body of a

**Material Under Seal Deleted**

woman.  I have ████, and I am afraid the men will harass me or sexually assault me.  The idea of going back brings up the idea of being sexually harassed and being raped, like I was before.  That's a big fear of mine.

12.     I also know the Executive Order requires BOP to cut off medical treatments for transgender people.  I have been taking hormones for over a decade.  If they ended my treatment, it would feel like a part of myself was being taken away.  I am not sure I would be able to handle that.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge  I spoke with counsel on April 16, 2025 and due to time constraints that prevented me from signing by mail and my current inability to receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed on this 12 day of May, 2025.

*/s/ Kara J. Janssen*
Lois Doe c/o Kara J. Janssen

[4697336.2]

**JA940**

# Exhibit G

**Material Under Seal Deleted**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JANE DOE**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **PAMELA BONDI**, in her official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No.: **1:25-cv-00286-RCL** |

**DECLARATION OF MARY DOE**

I, Mary Doe, declare:

1.      I am currently incarcerated in the Bureau of Prisons.  I am submitting this declaration in support of my request for relief.  I am using the pseudonym Mary Doe to protect myself.  I am over the age of 18 and fully competent to make this declaration.

2.      I am a transgender woman.  I was born male, but from a young age I felt and knew I was a girl and thought of myself that way.  When I was old enough to start dating, I had a boyfriend and I felt like a girl dating him.

3.      I wanted to transition for a long time but I was scared.  I grew up in the ███ ███████ and being gay or transgender was frowned upon.  People were assaulted or even killed for it.  I feared that I could be assaulted or killed if I came out.  I feared what my family would think, too, and whether they would disown me.

4.      Once I was in the BOP, I sought counseling and medical help and eventually received a diagnosis of gender dysphoria in ████ .

5.      In ████ , I also started hormone medication.  I have been taking hormones consistently since then—except for a very brief period when I had to be off of them because I

**Material Under Seal Deleted**

had surgery for ▮▮▮▮. In addition to starting hormones, I grew my hair and nails out and told close friends I was transitioning. I also started using the name that I use now. The hormone medication makes me feel much better and I cannot imagine not having it.

6.      I was raped multiple times when I was housed in men's facilities. The BOP was aware of at least two of those rapes. In 2021, I was almost raped again but was able to fight the other inmate off of me. Someone from the BOP came to talk with me and a few days later, I was transferred to ▮▮▮▮▮▮, a women's facility. I was extremely relieved to be out of a men's facility. I've been in women's facilities ever since.

7.      Women's facilities have been much safer for me. I had such bad PTSD at the men's facility. I often slept during the day so I could stay up all night to make sure no one assaulted me. I've now been able to sleep. I'm not afraid and jumpy all the time anymore.

8.      On January 24, 2025, guards took me out of my cell and put me in separate housing with other transgender women. They told me I was being segregated because of the President's Executive Order.

9.      The guards told me I was now listed as male in the BOP system, and they started calling me and the other transgender women "gentlemen" and "Mr. Doe." That caused me a lot of anxiety.

10.     On January 27, 2025, I was allowed to go back to general population, but guards told me I was still being transferred to a men's prison. They said that the designation center at Grand Prairie was finalizing the paperwork that day so that we could be transferred by the end of the week. They also told us that our hormone medication would be stopping.

11.     I was so afraid of being housed with men and of the strong possibility of being raped. I know that I would be a target and am not sure I could handle that again. If the BOP

transferred me, I know that my fear and jumpiness would come back at once.  I feel so much

better being housed with women and I don't know if I could handle the fear I had in men's

prisons.  It feels like a lamb being thrown back in the lion's den.  That's really what it feels like.

I also know the Executive Order requires the BOP to cut off medical treatments for transgender

people.

12.    I have been taking hormone medications for over a decade.  I feel so much better

with estrogen in my body.  I start crying and get emotional just thinking about being forced to

stop that treatment.  Being placed in a men's facility would also deny that I am a woman and that

would also cause me anxiety and debilitating depression and self-doubt.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Material Under Seal Deleted**

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct to the best of my knowledge, and that this declaration

3    is executed at ███████████ this 12th day of May, 2025 .

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

**JA945**

[4201615.1]

# Exhibit H

**Material Under Seal Deleted**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**JANE DOE**, *et al.*,

                        Plaintiffs,

v.                                                                    Case No.: **1:25-cv-00286-RCL**

**PAMELA BONDI**, in her official capacity as
Attorney General of the United States, *et al.*,

                        Defendants.

**DECLARATION OF WENDY DOE**

1.      I am currently incarcerated in the Bureau of Prisons.  I am submitting this
declaration in support of my request for relief.  I am using the pseudonym Wendy Doe to
protect myself.  I am over the age of 18 and fully competent to make this declaration.

2.      I am currently incarcerated at a Federal ███████████████████████
███████ .  I have been incarcerated with the Federal Bureau of Prisons ("BOP") since the
end of ██████

3.      I was born on ███████████ .  My sex at birth was identified as male and my
parents gave me a male name.

4.      I began hormone medication and began living as a woman in 2011.

5.      In 2012, I received ██████████████████ .  In June of 2013, I received
████████████████████████████████████████████████████████████
████████████████████████████████ .

6.      In 2012, I legally changed my name and my sex marker to female on my
driver's license as well as my birth certificate, social security card, and passport.
Following my sentencing on ██████████ and during pre-sentence custody, I have

**Material Under Seal Deleted**

always been housed with female offenders only. I have been provided with necessary female toiletries through commissary and have continued taking my hormone medication.

7.      In ███████████, I was transferred to ███████. Like in the previous facilities where I was housed, ███████ commissary provides all items that are needed by the women housed there. As I have done at all of the facilities where I have been housed since my arrest, I have been able to live as a woman in all respects at ███████

8.      At ███████ I have participated in all programs available to me.   I am currently successfully participating in the Residential Drug and Alcohol Program (RDAP) and am a mentor in the program to others.

9.      In all of the institutions in which I have been housed, I have been subjected to searches by female corrections officers only.

10.     On or about January 27, 2025, BOP officials transferred me to a mixed sex facility at the ███████████████. I was told I was being transferred because of the executive order and that I could no longer be housed in a BOP women's facility.

11.     They kept me in segregation for all five days I was there because they said they did not know what else to do with me.

12.     In this Special Housing Unit ("SHU"), I was housed alone in a small cell with nothing to do all day where they normally house people on suicide watch.

13.     On or about January 28, 2025, I arrived back to ███████ No one explained to me why I came back and no one could tell me if it would be permanent.

14.     Despite my transfer back to the women's facility, I remain deeply concerned

**Material Under Seal Deleted**

for my safety.

15.    On about February 20, 2025, I was told that I would be transferred to a men's facility.    I was told that I could either go to a men's camp, or to a men's medical center.

16.    I am terrified that I would face violence and sexual assault if I am transferred to a men's facility.

17.    When I was sent to ███████████, I didn't know if at any time I would be put in general population with the men.  I am scared of being the target of sexual violence and feel hopeless.

18.    I have been living as a woman since 2011.  I had ████████████████.  If I get housed in a men's facility, I know I will be threatened, I will be subject to sexual violence, and I truly believe I will be killed.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.  I spoke with counsel on May 8, 2025 and due to time constraints that prevented me from signing by mail and my current inability to receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed on this 12 day of May, 2025.

*/s/ Kara J. Janssen*
Wendy Doe c/o Kara J. Janssen

# Exhibit I

**Material Under Seal Deleted**

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**JANE DOE**, *et al.*,

                    Plaintiffs,

v.                                              Case No.: **1:25-cv-00286-RCL**

**PAMELA BONDI**, in her official capacity as
Attorney General of the United States, *et al.*,

                    Defendants.

---

### DECLARATION OF SARA DOE

I, Sara Doe, declare:

1.      I am currently incarcerated in the Bureau of Prisons.  I am submitting this declaration in support of my request for relief.  I am using the pseudonym Sara Doe to protect myself.

2.      I am a transgender woman.  I have known I was a woman since I was young.  I was always drawn to wearing girl's clothing, playing with girl's toys, and would often wear my older sister's hand me down clothing instead of my older brother's.  I began transitioning in high school and started wearing makeup, earrings, growing out my hair and began hormone medication.

3.      Prior to coming into BOP custody, I had ███████████████ █████████████████████████████████ and present completely as female.  All of my legal documents identify me as female.  Because of this, when I entered BOP custody in ████████████, I was immediately treated as female and BOP has always housed me in female facilities.  No one mentioned transferring me until the President's Executive Order.  I have also received ongoing hormone medication since I came into BOP and have been diagnosed with

[4697341.1]

**Material Under Seal Deleted**

gender dysphoria.  Hormones are also particularly important for me because, ███████

████████████████████████████.  As a result, I need to get hormone shots every

two weeks.

4.      On January 24, 2025, guards removed other transgender women from my housing

unit but did not remove me.  The following day, January 25, they came for me and told me

someone had found me "on a list" and I had to be transferred to a male prison because of the

President's Executive Order.  I was terrified.

5.      On January 28, staff moved me back to general population.  I was not told why I

was moved back and did not know until I spoke with my lawyer who informed me about the

court order.  I am very afraid that if that order goes away BOP will immediately try to move me

again.

6.      After the order I received my hormone shots on approximately February 13 but

the nurse told me that my next shot would be a lower dosage and they would taper me off. I was

scared when I heard that because my body ████████████████ and I have been on

hormones since before I came to BOP.

7.      A few days later, on February 18, I had a doctor's appointment via telehealth with

a doctor at the BOP Regional Office, Dr. John Meade.  He again told me they were going to

reduce my dosage by half and then taper me off.  The reason I was talking to a doctor at the

Regional Office was because there was no doctor at the time at FCI ████████.  When I told Dr.

Meade that I need the hormones for medical reasons and there was a court order protecting me,

he responded he did not know anything about that.  I did ultimately get my hormone shots on

February 20 and have been getting them ever since.

8.      They used to let me use the laser hair removal device but they took that away so

**Material Under Seal Deleted**

we can no longer use it.

9.      If I am transferred to a men's facility I am afraid I will be raped and will not be safe. When I was first moved out of the SHU after I was told I was being transferred staff told me, "you would not survive ██████████ I know I will be at an extremely high risk of violence and sexual assault because I am a transgender woman.  I will also be forced to be strip searched by men, pat searched by men, and will have to shower and change in front of men.  Just thinking about what that would be like fills me with fear and dread.

10.      I was sexually assaulted for an ongoing period when I was a child.  Ever since I was first pulled from my cell in the middle of the night and told I would be transferred back in January, I have struggled with increasing anxiety, night terrors, and depression.  I have nightmares at night that I am being raped by groups of men and am afraid when I hear keys coming down the hall that they are going to pull me out again to tell me I am being transferred. Because of the anxiety and stress, I had to seek psychiatric help and was started on ██████ on February 21, 2025.  It helps but I still struggle to sleep and have nightmares.

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge. I spoke with counsel on May 8, 2025 and due to time constraints that prevented me from signing by mail and my current inability to receive documents to sign electronically I could not personally sign this declaration and have authorized counsel to sign on my behalf.

Executed on this 12 day of May, 2025.

_/s/ Kara J. Janssen_
Sara Doe c/o Kara J. Janssen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE, *et al.*,

    *Plaintiffs,*

v.

PAMELA BONDI, in her official capacity as
Attorney General of the United States, *et al.*,

    *Defendants.*

Case No. 1:25-cv-286-RCL

## ORDER

This Court entered two preliminary injunctions in this dispute on February 24, 2025 [ECF No. 55] and March 19, 2025 [ECF No. 68]. These injunctions will expire on May 25, 2025 and June 17, 2025, respectively.

On May 12, 2025, the plaintiffs moved for the Court to enter a new preliminary injunction, providing the same relief as the prior injunctions, to begin on May 25, 2025 and end on August 23, 2025. *See* Mot. for Renewed Preliminary Injunction, ECF No. 81. The defendants indicated, in consultation with the plaintiffs and in their own Motion to Stay Proceedings, that they do not oppose extending these preliminary injunctions. *See* Mot. to Stay Proceedings 2 n.1, ECF No. 76 ("If Plaintiffs move to renew these two preliminary injunctions for 90 days, Defendants would not oppose it."). Neither is the Court aware of any newly discovered factual circumstances that would necessitate a reassessment of the Court's prior holdings that the plaintiffs have met their burden for preliminary injunctive relief or a reevaluation of the terms of that relief.

Therefore, upon consideration of the unopposed Motion for a Renewed Preliminary Injunction and the entire record herein, it is hereby

**ORDERED** that the plaintiffs' Motion is **GRANTED**; and it is further

1

**JA954**

**ORDERED** that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against any plaintiff in this action for the period from May 25, 2025 to August 23, 2025; and it is further

**ORDERED** that, for that period, the defendants shall maintain and continue plaintiffs Jane Doe, Mary Doe, Sara Doe, Emily Doe, Zoe Doe, Tori Doe, Olivia Doe, Susan Doe, Sally Doe, Wendy Doe, Rachel Doe, and Ellen Doe's housing status in women's facilities and shall continue to provide their gender dysphoria treatment as it existed immediately prior to January 20, 2025.

In accordance with the Prison Litigation Reform Act, the Court finds that this preliminary injunction is narrowly drawn, extends no further than necessary to correct the harm that the Court finds requires preliminary relief, and is the least intrusive means necessary to correct that harm. 18 U.S.C. § 3626(a)(2). The plaintiffs have shown a substantial likelihood of success on their claims that implementation of sections 4(a) and 4(c) as to them is or would be unlawful and is causing or would cause them immediate, irreparable harm. Because applying Sections 4(a) and 4(c) to the plaintiffs would cause this serious and irreparable harm, a preliminary injunction preventing the implementation of those sections as to the plaintiffs is necessary to correct the harm and is the least intrusive means necessary to do so. Furthermore, because this preliminary injunction prevents the implementation of only those sections of the Order for which Plaintiffs have demonstrated a likelihood of success on the merits and immediate, irreparable harm if a preliminary injunction is not entered, this Order extends no further than necessary to correct the harm that requires this preliminary relief.

Finally, this Court has considered any adverse impact on public safety or on the operation of the criminal justice system caused by this relief and has given substantial weight to such impacts. *Id.* After this consideration, the Court has concluded and so finds that no adverse impacts

**JA955**

on public safety or the operation of the criminal justice system will result from maintaining the

status quo of the plaintiffs' medical care and housing status while this litigation proceeds.


Date: May 15, 2025

Royce C. Lamberth
United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JANE JONES**, *et al.*,

    *Plaintiffs,*

v.

        **Case No. 1:25-cv-401-RCL**

**PAMELA J. BONDI**, *in her official capacity as* Attorney General of the United States, *et al.*,

    *Defendants.*

### ORDER

This Court entered two preliminary injunctions in this dispute on February 24, 2025 [ECF No. 28] and March 3, 2025 [ECF No. 46]. These injunctions will expire on May 25, 2025 and June 1, 2025, respectively.

On May 16, 2025, the plaintiffs moved for the Court to enter a new preliminary injunction, providing the same relief as the prior injunctions, to begin on May 25, 2025 and end on August 23, 2025. *See* Mot. for Renewed Preliminary Injunction, ECF No. 68. The defendants indicated in their own Motion to Stay Proceedings that they do not oppose extending the preliminary injunction. *See* Mot. to Stay Proceedings 2 n.1, ECF No. 65 ("If Plaintiffs move to renew these two preliminary injunctions for 90 days, Defendants would not oppose it."). Neither is the Court aware of any newly discovered factual circumstances that would necessitate a reassessment of the Court's prior holding that the plaintiffs have met their burden for preliminary injunctive relief or a reevaluation of the terms of that relief.

Therefore, upon consideration of the unopposed Motion for a Renewed Preliminary Injunction and the entire record herein, it is hereby

1

**ORDERED** that the plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against the plaintiffs in this action for the period from May 25, 2025 to August 23, 2025; and it is further

**ORDERED** that, for that period, the defendants shall maintain and continue the plaintiffs Jane Jones, Amy Jones, Donna Jones, Carla Jones, and Barbara Jones' housing status in women's facilities and shall continue to provide their gender dysphoria treatment as it existed immediately prior to January 20, 2025.

In accordance with the Prison Litigation Reform Act, the Court finds that this preliminary injunction is narrowly drawn, extends no further than necessary to correct the harm that the Court finds requires preliminary relief, and is the least intrusive means necessary to correct that harm. 18 U.S.C. § 3626(a)(2). The plaintiffs have shown a substantial likelihood of success on their claims that implementation of sections 4(a) and 4(c) as to them is or would be unlawful and is causing or would cause them immediate, irreparable harm. Because applying Sections 4(a) and 4(c) to the plaintiffs would cause this serious and irreparable harm, a preliminary injunction preventing the implementation of those sections as to the plaintiffs is necessary to correct the harm and is the least intrusive means necessary to do so. Furthermore, because this preliminary injunction prevents the implementation of only those sections of the Order for which the plaintiffs have demonstrated a likelihood of success on the merits and immediate, irreparable harm if a preliminary injunction is not entered, this Order extends no further than necessary to correct the harm that requires this preliminary relief.

Finally, this Court has considered any adverse impact on public safety or on the operation of the criminal justice system caused by this relief and has given substantial weight to such

2

impacts. *Id.* After this consideration, the Court has concluded and so finds that no adverse impacts on public safety or the operation of the criminal justice system will result from maintaining the status quo of the plaintiffs' medical care and housing status while this litigation proceeds.

Date: May 22, 2025

Royce C. Lamberth
United States District Judge

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**MARIA MOE**,

  *Plaintiff,*

v.

          **Case No. 1:25-cv-653-RCL**

**DONALD TRUMP**, *in his official capacity*
*as* President of the United States, *et al.*,

  *Defendants.*

## ORDER

This Court entered a preliminary injunction in this dispute on March 10, 2025 [ECF No. 62]. This injunction will expire on June 8, 2025.

On May 16, the plaintiff moved for the Court to enter a new preliminary injunction, providing the same relief as the prior injunction, to begin on June 8, 2025 and end on August 23, 2025. *See* Mot. for Renewed Preliminary Injunction, ECF No. 82; Mem. in Support, ECF No. 83. The defendants indicated in their own Motion to Stay Proceedings that they do not oppose extending the preliminary injunction. *See* Mot. to Stay Proceedings 2 n.1, ECF No. 72 ("If Plaintiffs move to renew these two preliminary injunctions for 90 days, Defendants would not oppose it."). Neither is the Court aware of any newly discovered factual circumstances that would necessitate a reassessment of the Court's prior holding that the plaintiff has met her burden for preliminary injunctive relief or a reevaluation of the terms of that relief.

Therefore, upon consideration of the unopposed Motion for a Renewed Preliminary Injunction and the entire record herein, it is hereby

**ORDERED** that the plaintiff's Motion is **GRANTED**; and it is further

1

**JA960**

**ORDERED** that the defendants are hereby enjoined from implementing Sections 4(a) and 4(c) of Executive Order 14168 against the plaintiff in this action for the period from June 8, 2025 to August 23, 2025; and it is further

**ORDERED** that, for that period, the defendants shall maintain and continue the plaintiff's housing status in women's facilities and shall continue to provide her gender dysphoria treatment as it existed immediately prior to January 20, 2025.

In accordance with the Prison Litigation Reform Act, the Court finds that this preliminary injunction is narrowly drawn, extends no further than necessary to correct the harm that the Court finds requires preliminary relief, and is the least intrusive means necessary to correct that harm. 18 U.S.C. § 3626(a)(2). The plaintiff has shown a substantial likelihood of success on her claims that implementation of sections 4(a) and 4(c) as to her is or would be unlawful and is causing or would cause her immediate, irreparable harm. Because applying Sections 4(a) and 4(c) to the plaintiff would cause this serious and irreparable harm, a preliminary injunction preventing the implementation of those sections as to the plaintiff is necessary to correct the harm and is the least intrusive means necessary to do so. Furthermore, because this preliminary injunction prevents the implementation of only those sections of the Order for which the plaintiff has demonstrated a likelihood of success on the merits and immediate, irreparable harm if a preliminary injunction is not entered, this Order extends no further than necessary to correct the harm that requires this preliminary relief.

Finally, this Court has considered any adverse impact on public safety or on the operation of the criminal justice system caused by this relief and has given substantial weight to such impacts. *Id.* After this consideration, the Court has concluded and so finds that no adverse impacts

2

**JA961**

on public safety or the operation of the criminal justice system will result from maintaining the

status quo of the plaintiff's medical care and housing status while this litigation proceeds.

Date: May 2 2, 2025

Royce C. Lamberth
United States District Judge