# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5099**  **September Term, 2024**

1:25-cv-00286-RCL
1:25-cv-00401-RCL
1:25-cv-00653-RCL

**Filed On: June 30, 2025** [2122892]

Jane Doe, et al.,

    Appellees

    v.

Pamela Bondi, in her official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

    Appellants

------------------------------

Consolidated with 25-5101, 25-5108, 25-5210, 25-5213, 25-5215

## O R D E R

Upon consideration of the joint request to supplement the appendix, and the lodged appendices, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged appendices.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk