| | |
|---|---|
| **No. 25-5099** | **September Term, 2024** |
| | 1:25-cv-00286-RCL |
| | 1:25-cv-00401-RCL |
| | 1:25-cv-00653-RCL |
| | **Filed On: July 1, 2025** [2123302] |

Jane Doe, et al.,

    Appellees

    v.

Pamela Bondi, in her official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

    Appellants

------------------------------

Consolidated with 25-5101, 25-5108, 25-5210, 25-5213, 25-5215

# O R D E R

It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on September 5, 2025, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:    /s/
            Michael C. McGrail
            Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)