# United States Court of Appeals
### For The District of Columbia Circuit

───────────

**No. 25-5099**　　　　　　　　　　　　　　　　　**September Term, 2024**

1:25-cv-00286-RCL
1:25-cv-00401-RCL
1:25-cv-00653-RCL

**Filed On: August 28, 2025** [2132510]

Jane Doe, et al.,

       Appellees

     v.

Pamela Bondi, in her official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

       Appellants

------------------------------

Consolidated with 25-5101, 25-5108, 25-5210, 25-5213, 25-5215

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for September 5, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellees | - | 15 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Chief Judge Srinivasan, Circuit Judge Pillard, and Senior Circuit Judge Randolph.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by August 29, 2025.

**Per Curiam**

                     **FOR THE COURT:**
                     Clifton B. Cislak, Clerk

      BY:   /s/
                Michael C. McGrail
                Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)