# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5099**  **September Term, 2025**

1:25-cv-00286-RCL
1:25-cv-00401-RCL
1:25-cv-00653-RCL

**Filed On: September 3, 2025** [2133342]

Jane Doe, et al.,

    Appellees

    v.

Pamela Bondi, in her official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

    Appellants

------------------------------

Consolidated with 25-5101, 25-5108, 25-5210, 25-5213, 25-5215, 25-5304, 25-5305, 25-5306

**BEFORE:** Srinivasan, Chief Judge; Pillard, Circuit Judge; and Randolph, Senior Circuit Judge

## O R D E R

Upon consideration of the motion by movant Rhonda Fleming for leave to file a brief amicus curiae and for leave to be considered an interested party; and appellants' unopposed motion to consolidate, it is

**ORDERED** that the motion for leave to file a brief amicus curiae be denied. It is

**FURTHER ORDERED** that the unopposed motion to consolidate be granted. Case nos. 25-5304, 25-5305, and 25-5306 are hereby consolidated with Nos. 25-5099, et al.

**Per Curiam**

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:    /s/
              Michael C. McGrail
              Deputy Clerk