**[SCHEDULED FOR ORAL ARGUMENT ON SEPTEMBER 5, 2025]**

**Nos. 25-5099, 25-5101, 25-5108, 25-5210, 25-5213, 25-5215, 25-5304, 25-5305, 25-5306 (consol.)**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

JANE DOE, et al.; JANE JONES, et al.; MARIA MOE,

*Plaintiffs-Appellees,*

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States, et al.; DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Defendants-Appellants.*

---

Appeal from the United States District Court for the District of Columbia,
Nos. 1:25-cv-00286-RCL, 1:25-cv-00401-RCL, 1:25-cv-00653-RCL
Hon. Royce C. Lamberth

---

**JOINT REQUEST TO SUPPLEMENT APPENDIX**

---

**ROSEN BIEN GALVAN & GRUNFELD LLP**
Ernest Galvan
Kara J. Janssen
Adrienne Spiegel
Ben Hattem
101 Mission Street, Sixth Floor
San Francisco, CA 94105-1738
Telephone: (415) 433-6830

**LOWENSTEIN SANDLER LLP**
Alexander Shalom
Natalie J. Kraner
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262.6700

**NATIONAL CENTER FOR LESBIAN RIGHTS**
Shannon Minter
Amy Whelan
870 Market Street, Suite 370
San Francisco, CA 94102
Telephone: (415) 365-1338

**GLBTQ LEGAL ADVOCATES & DEFENDERS**
Jennifer L. Levi
Sarah Austin
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350

**BROWN GOLDSTEIN & LEVY, LLP**
Eve L. Hill
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
Telephone: (410) 962-1030

*Attorneys for Plaintiffs-Appellees*

# JOINT REQUEST TO SUPPLEMENT APPENDIX

Pursuant to D.C. Circuit Rule 30(e), the parties hereby file this joint request to supplement the appendix with additional documents material to this appeal. On August 20, 2025, the district court issued new preliminary injunctions in the cases on appeal. JA1003-1009. The Government has filed notices of appeal from the new preliminary injunctions, and this Court has consolidated the appeals. *See* Order Granting Appellants' Unopposed Motion to Consolidate at 1, No. 25-5099 (September 3, 2025). The new preliminary injunctions are the currently operative orders of the district court in this matter. *See* Appellants' Unopposed Motion to Consolidate at 4-6, No. 25-5099 (August 26, 2025).

The documents contained in the concurrently filed supplemental appendix consist of the district court's new preliminary injunction orders. These documents are material to this appeal because they constitute the orders currently on review in this case and the evidentiary record before the district court at the time of the orders. The parties therefore jointly request that the Clerk allow the appendix to be supplemented with these records. D.C. Cir. R. 30(e).

|                              | Respectfully submitted,                                  |
|------------------------------|----------------------------------------------------------|
| DATED: September 4, 2025     | ROSEN BIEN GALVAN & GRUNFELD LLP                         |
|                              | By: */s/ Kara J. Janssen*                                |
|                              |     Kara J. Janssen                                      |
|                              | Attorneys for Plaintiffs-Appellees                       |
| DATED: September 4, 2025     | U.S. DEPARTMENT OF JUSTICE                               |
|                              | Civil Division, Appellate Staff                          |
|                              | By: */s/ McKaye L. Neumeister*                           |
|                              |     McKaye L. Neumeister                                 |
|                              | Attorneys for Defendants-Appellants                      |

# CERTIFICATE OF COMPLIANCE PURSUANT TO
# FED. R. APP. 32(a)(7)(C)

Pursuant to Fed. R. App. P. 32 (a)(7)(C), I certify that the attached document is proportionally spaced, has a typeface of 14 points, and contains 180 words.

DATED: September 4, 2025

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Kara J. Janssen*
Kara J. Janssen

Attorneys for Plaintiffs-Appellees