# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5099**  September Term, 2025

1:25-cv-00286-RCL
1:25-cv-00401-RCL
1:25-cv-00653-RCL

Filed On: September 5, 2025 [2133707]

Jane Doe, et al.,

    Appellees

    v.

Pamela Bondi, in her official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

    Appellants

------------------------------

Consolidated with 25-5101, 25-5108, 25-5210, 25-5213, 25-5215, 25-5304, 25-5305, 25-5306

    **BEFORE:**    Chief Judge Srinivasan, Circuit Judge Pillard, and Senior Circuit Judge Randolph

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, September 5, 2025 at 9:35 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

  Benjamin Hayes (DOJ), counsel for Appellants.

  Jennifer L. Levi, counsel for Appellees.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Anne A. Rothenberger
Deputy Clerk