# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5099**                    **September Term, 2025**

**1:25-cv-00286-RCL**
**1:25-cv-00401-RCL**
**1:25-cv-00653-RCL**

**Filed On: January 7, 2026** [2153243]

Jane Doe, et al.,

        Appellees

    v.

Pamela Bondi, in her official capacity as
Attorney General of the United States and
William K. Marshall, III, in his official
capacity as Director of the Federal Bureau
of Prisons,

        Appellants

------------------------------

Consolidated with 25-5101, 25-5108,
25-5210, 25-5213, 25-5215, 25-5304,
25-5305, 25-5306

**No. 25-5419**

**1:25-cv-00286-RCL**

Jane Doe, et al.,

        Appellees

    v.

Pamela J. Bondi, in her official capacity as
Attorney General of the United States and
William K. Marshall, III, in his official capacity
as Director of the Federal Bureau of Prisons,

        Appellants

------------------------------

# United States Court of Appeals

### For The District of Columbia Circuit

_____

**No. 25-5099**                                    **September Term, 2025**

**No. 25-5420**

                                                            **1:25-cv-00401-RCL**

Jane Jones, et al.,

        Appellees

    v.

Pamela Bondi, in her official capacity as
Attorney General of the United States and
William K. Marshall, III, in his official capacity
as Director of the Federal Bureau of Prisons,

        Appellants

------------------------------

**No. 25-5427**

                                                            **1:25-cv-00653-RCL**

Maria Moe,

        Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

        Appellants

**BEFORE:**     Srinivasan, Chief Judge, Pillard, Circuit Judge, and Randolph,
Senior Circuit Judge

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5099**                                     **September Term, 2025**

### O R D E R

Upon consideration of appellants' unopposed motion to consolidate, it is

**ORDERED** that case Nos. 25-5099, et al. be consolidated with Nos. 25-5419, 25-5420, and 25-5427.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk