# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5099**                  **September Term, 2025**

1:25-cv-00286-RCL
1:25-cv-00401-RCL
1:25-cv-00653-RCL

**Filed On: March 10, 2026**

Jane Doe, et al.,

    Appellees

    v.

Pamela Bondi, in her official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

    Appellants

------------------------------
Consolidated with 25-5101, 25-5108, 25-5210, 25-5213, 25-5215, 25-5304, 25-5305, 25-5306, 25-5419, 25-5420, 25-5427

---

**No. 26-5066**                  1:25-cv-00286-RCL

Jane Doe, et al.,

    Appellees

    v.

Pamela Bondi, in her official capacity as Attorney General of the United States and William K. Marshall, III, in his official capacity as Director of the Federal Bureau of Prisons,

    Appellants

---

**No. 26-5067**                  1:25-cv-00653-RCL

Maria Moe,

    Appellee

    v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

    Appellants

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5099, et al.                                September Term, 2025

**No. 26-5069**                                        1:25-cv-00401-RCL

Jane Jones, et al.,

    Appellees

    v.

Pamela J. Bondi, in her official capacity as
Attorney General of the United States and
William K. Marshall, III, in his official capacity
as Director of the Federal Bureau of Prisons,

    Appellants

**BEFORE:** Srinivasan, Chief Judge, Pillard, Circuit Judge, and Randolph, Senior Circuit Judge

### O R D E R

Upon consideration of appellants' unopposed motion to consolidate, it is

**ORDERED** that the motion be granted and case Nos. 26-5066, 26-5067, and 26-5069 be consolidated with Nos. 25-5099, et al.

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

BY:    /s/
         Scott H. Atchue
         Deputy Clerk