**Nos. 25-5099, 25-5101, 25-5108 (consol.)**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

JANE DOE, et al.; JANE JONES, et al.; MARIA MOE,

*Plaintiffs-Appellees,*

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States, et al.; DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Defendants-Appellants.*

---

Appeal from the United States District Court for the District of Columbia,
Nos. 1:25-cv-00286-RCL, 1:25-cv-00401-RCL, 1:25-cv-00653-RCL
Hon. Royce C. Lamberth

---

## APPELLEES' NOTICE OF DEATH OF APPELLEE SUSAN DOE

---

**ROSEN BIEN GALVAN & GRUNFELD LLP**
Ernest Galvan
Kara J. Janssen
Adrienne Spiegel
Ben Hattem
101 Mission Street, Sixth Floor
San Francisco, CA  94105-1738
Telephone:    (415) 433-6830

**LOWENSTEIN SANDLER LLP**
Alexander Shalom
Natalie J. Kraner
1251 Avenue of the Americas
New York, NY  10020
Telephone:    (212) 262.6700

**NATIONAL CENTER FOR LGBTQ RIGHTS**
Shannon Minter
Amy Whelan
1401 21st Street #11548
Sacramento, CA  95811
Telephone:    (415) 365-1338

**GLBTQ LEGAL ADVOCATES & DEFENDERS**
Jennifer L. Levi
Sarah Austin
18 Tremont Street, Suite 950
Boston, MA  02108
Telephone:    (617) 426-1350

**BROWN GOLDSTEIN & LEVY, LLP**
Eve L. Hill
120 East Baltimore Street, Suite 2500
Baltimore, MD  21202
Telephone:    (410) 962-1030

*Attorneys for Plaintiffs-Appellees*

[4851905.1]

Pursuant to Federal Rule of Appellate Procedure 43(a)(1), Plaintiffs-Appellees notify the Court that Appellee Susan Doe was granted compassionate release from the Bureau of Prisons on March 25, 2026, and died on March 27, 2026.  No personal representative seeks to be substituted.  All other Appellees remain parties to this appeal.

DATED:  April 7, 2026

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Ernest Galvan*

Ernest Galvan

Attorneys for Plaintiffs-Appellees

[4851905.1]

1