# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5099**                      **September Term, 2025**
FILED ON: APRIL 17, 2026

JANE DOE, ET AL.,

         APPELLEES

v.

TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ACTING ATTORNEY GENERAL OF THE UNITED STATES AND WILLIAM K. MARSHALL, III, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE FEDERAL BUREAU OF PRISONS,

         APPELLANTS

---

Consolidated with 25-5101, 25-5108, 25-5210, 25-5213, 25-5215, 25-5304, 25-5305, 25-5306, 25-5419, 25-5420, 25-5427, 26-5066, 26-5067, 26-5069

---

Appeals from the United States District Court
for the District of Columbia
(No. 1:25-cv-00286)
(No. 1:25-cv-00401)
(No. 1:25-cv-00653)

---

Before: SRINIVASAN, *Chief Judge*, PILLARD, *Circuit Judge*, and RANDOLPH, *Senior Circuit Judge*

### **J U D G M E N T**

These causes came to be heard on the records on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof and in accordance with the opinion of the court filed herein this date, it is

**ORDERED** and **ADJUDGED** that the preliminary injunctions still in effect be vacated; the cases be remanded for further proceedings; and, as to the preliminary injunctions that everyone agrees have since expired pursuant to section 3626(a)(2)'s ninety-day time limit, the appeals be dismissed as moot insofar as they speak to those superseded injunctions.

### **Per Curiam**

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

            BY:     /s/

                                 Daniel J. Reidy
                                 Deputy Clerk

Date: April 17, 2026

Opinion for the court filed by Circuit Judge Pillard.
Dissenting opinion filed by Senior Circuit Judge Randolph.