**Nos. 25-5099, 25-5101, 25-5108 (consol.)**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

JANE DOE, et al.; JANE JONES, et al.; MARIA MOE,

*Plaintiffs-Appellees,*

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States, et al.; DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

*Defendants-Appellants.*

---

Appeal from the United States District Court for the District of Columbia, Nos. 1:25-cv-00286-RCL, 1:25-cv-00401-RCL, 1:25-cv-00653-RCL
Hon. Royce C. Lamberth

---

## NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD

---

**ROSEN BIEN GALVAN & GRUNFELD LLP**
Ernest Galvan
Kara J. Janssen
Adrienne Spiegel
Ben Hattem
101 Mission Street, Sixth Floor
San Francisco, CA  94105-1738
Telephone:    (415) 433-6830

**LOWENSTEIN SANDLER LLP**
Alexander Shalom
Natalie J. Kraner
1251 Avenue of the Americas
New York, NY  10020
Telephone:    (212) 262.6700

**NATIONAL CENTER FOR LGBTQ RIGHTS**
Shannon Minter
Amy Whelan
1401 21st Street #11548
Sacramento, CA  95811
Telephone:    (415) 365-1338

**GLBTQ LEGAL ADVOCATES & DEFENDERS**
Jennifer L. Levi
Sarah Austin
18 Tremont Street, Suite 950
Boston, MA  02108
Telephone:    (617) 426-1350

**BROWN GOLDSTEIN & LEVY, LLP**
Eve L. Hill
120 East Baltimore Street, Suite 2500
Baltimore, MD  21202
Telephone:    (410) 962-1030

*Attorneys for Plaintiffs-Appellees*

Please take notice that Plaintiffs' counsel withdraws the undersigned attorney, Adrienne Spiegel, as counsel of record for Plaintiffs-Appellees in this matter. Effective May 8, 2026, Ms. Spiegel will no longer be affiliated with Rosen Bien Galvan & Grunfeld LLP ("RBGG"). Please remove Ms. Spiegel's name from the electronic service list in the above-captioned case. RBGG attorneys Ernest Galvan, Kara Janssen, and Ben Hattem remain as counsel for Plaintiffs-Appellees along with Alexander Shalom and Natalie J. Kraner of Lowenstein Sandler LLP; Shannon Minter and Amy Whelan of National Center for LGBTQ Rights; Jennifer L. Levi and Sarah Austin of GLBTQ Legal Advocates & Defenders; and Eve L. Hill of Brown Goldstein & Levy, LLP.

DATED: May 8, 2026        Respectfully submitted,


       */s/ Adrienne Spiegel*
       Adrienne Spiegel
       aspiegel@rbgg.com
       ROSEN BIEN GALVAN & GRUNFELD LLP
       101 Mission Street, Sixth Floor
       San Francisco, California 94105-1738
       (415) 433-6830

       Counsel of Record for Plaintiffs-Appellees

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026, I caused to be filed with the Court and

served on opposing counsel through the CM/ECF system the foregoing NOTICE

OF WITHDRAWAL OF ATTORNEY OF RECORD.


_/s/ Adrienne Spiegel_

Adrienne Spiegel

Counsel of Record for Plaintiffs-Appellees