

Eve L. Hill
ehill@browngold.com

May 19, 2026

Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
Room 5205
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> Re: *Jane Doe, et al. v. Todd Blanche, in his official capacity as*
> <u>*Attorney General of the United States*</u>*, et al.*, USCA Case #25-5099

Dear Clerk:

Counsel for Plaintiffs-Appellees write to give this Court advance notice that Plaintiffs may file an emergency motion tomorrow, May 20, 2026, seeking early issuance of the mandate in the above-captioned appeal pursuant to FRAP 41(b).

This Court issued its opinion on April 17, 2026, vacating the preliminary injunctions below and remanding for further proceedings. The mandate is scheduled to issue June 8, 2026. Following the opinion, Plaintiffs filed a new motion for TRO and preliminary injunction in the district court based on a supplemented record developing the individualized findings this Court identified as missing. The district court has scheduled an emergency status conference tomorrow at 11:00 a.m. to address, among other things, its jurisdiction to act on that filing before the mandate issues.

Plaintiffs-Appellees believe strongly that the district court has jurisdiction to issue the requested TRO now. The new filing presents a distinct aspect of the case, an individualized theory resting on plaintiff-specific characteristics and findings that is not subject to appellate divestiture. Indeed, the Plaintiffs submitted an entirely new record in support of their TRO/PI that includes Declarations from the Plaintiffs and four experts that were not previously before the District Court on the prior Preliminary Injunction that is the subject of the April 17th ruling from the Circuit Court. Plaintiffs also seek injunctive relief both with respect to housing and medical care. Medical care was never even at issue in the pending appeal, as Defendants did not appeal that portion of the prior injunctions.

If, however, the district court has any hesitation about its authority tied to the June 8 mandate date, Plaintiffs-Appellees will seek emergency issuance of the mandate from this Court under FRAP 41(b) and D.C. Cir. R. 27(e). The preliminary injunctions vacated by this Court's opinion expire by their own terms on May 20, 2026. If Defendants move to change the status quo, transferring these women to men's facilities and stopping their medical care, the harm that this entire litigation has sought to prevent becomes immediate and irreversible.

We provide this notice so that the Court may be prepared to act on an expedited basis should such a motion be necessary tomorrow. Plaintiffs-Appellees will also explain in that

BROWN, GOLDSTEIN & LEVY, LLP

Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
May 19, 2026
Page 2

motion why it was impossible to file it "at least 7 days before the date by which court action is necessary." D.C. Cir. R. 27(e).

Respectfully submitted,


_____/s/ Eve L. Hill_____

Eve L. Hill
**BROWN GOLDSTEIN & LEVY, LLP**
120 East Baltimore Street, Suite 2500
Baltimore, MD  21202
Telephone:     (410) 962-1030


Jennifer L. Levi
Sarah Austin
**GLBTQ LEGAL ADVOCATES & DEFENDERS**
18 Tremont Street, Suite 950
Boston, MA  02108
Telephone:     (617) 426-1350

Shannon Minter
Amy Whelan
**NATIONAL CENTER FOR LGBTQ RIGHTS**
1401 21st Street #11548
Sacramento, CA  95811
Telephone:     (415) 365-1338


Alexander Shalom
Natalie J. Kraner
**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas New York, NY  10020 Telephone:(212) 262.6700

*Attorneys for Plaintiffs-Appellees*