# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5099**                                  **September Term, 2025**

**1:25-cv-00286-RCL**
**1:25-cv-00401-RCL**
**1:25-cv-00653-RCL**

**Filed On: June 8, 2026** [2177318]

Jane Doe, et al.,

      Appellees

    v.

William K. Marshall, III, in his official
capacity as Director of the Federal Bureau
of Prisons and Todd Blanche, in his official
capacity as Acting Attorney General of the
United States,

      Appellants

-----------------------------

Consolidated with 25-5101, 25-5108,
25-5210, 25-5213, 25-5215, 25-5304,
25-5305, 25-5306, 25-5419, 25-5420,
25-5427, 26-5066, 26-5067, 26-5069

## M A N D A T E

In accordance with the judgment of April 17, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

      BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk

Link to the judgment filed April 17, 2026